IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 4:21CR 310 |
| v. | § § | Judge Jordan |
| DANIEL CHRISTOPHER ALLEN a/k/a Scribbles | § § § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:



NOV 10 2021

Clerk, U.S. District Court
Texas Eastern

#### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a
Convicted Felon)

On or about August 31, 2021, in the Eastern District of Texas, **DANIEL CHRISTOPHER ALLEN**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit, a Ruger, Mark III Target, .22 caliber pistol, bearing serial number 274-15564, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. § 922(g)(1).

#### Count Two

Violation: 18 U.S.C. § 922(g)(3)
(Possession of a Firearm While an
Unlawful User of a Controlled
Substance)

On or about August 31, 2021, in the Eastern District of Texas and elsewhere, the defendant **DANIEL CHRISTOPHER ALLEN,** knowing that he was an unlawful user

of a controlled substance as defined in Title 21 United States Code, Section 802, did knowingly possess in and affecting interstate and foreign commerce the following firearm(s): a Ruger, Mark III Target, .22 caliber pistol, bearing serial number 274-15564.

In violation of 18 U.S.C. § 922(g)(3).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. 2461(c)

As a result of the commission of the foregoing offense charged in Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in a violation of 18 U.S.C. §§ 922(g)1 and 922(g)(3), namely, the following:

a. a Ruger, Mark III Target, .22 caliber pistol, bearing serial number 274-15564; and

b. Any ammunition related to the case.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____     Date: 11/10/21
TRACEY M. BATSON
Assistant United States Attorney

INDICTMENT - Page 2
*Daniel Christopher Allen*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 4:21CR |
| v. | § § | Judge |
| DANIEL CHRISTOPHER ALLEN a/k/a Scribbles | § § § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 922(g)(1)

Penalty:   Imprisonment for not more than ten (10) years, a fine not to exceed $250,000, or both, and a term of supervised release of not more than three (3) years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than five (5) years.

Special Assessment:   $100.00

### Count Two

Violation:   18 U.S.C. § 922(g)(3)

Penalty:   Imprisonment for not more than ten (10) years, a fine not to exceed $250,000, or both, and a term of supervised release of not more than three (3) years.

Special Assessment:   $100.00

NOTICE OF PENALTY – Solo Page
*Daniel Christopher Allen*